# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 16-10623
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

January 12, 2017

Lyle W. Cayce
Clerk

AMANDA KYZER DARBY,

Petitioner–Appellant,

v.

JODY R. UPTON,

Respondent–Appellee.

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:16-CV-138

Before REAVLEY, OWEN, and ELROD, Circuit Judges.

PER CURIAM:[*]

Amanda Kyzer Darby, federal inmate # 54622-018, was sentenced in the U.S. District Court for the Middle District of Florida to 120 months of imprisonment following her guilty plea to one count of conspiracy to distribute 50 grams or more of methamphetamine. Her direct appeal was dismissed, and her first 28 U.S.C. § 2255 motion was denied. Now incarcerated in the Southern District of Texas, Darby filed a 28 U.S.C. § 2241 petition, which the

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 16-10623

district court denied as seeking relief unavailable through such a petition. We review issues of law de novo and findings of fact for clear error. *Wilson v. Roy*, 643 F.3d 433, 434 (5th Cir. 2011).

Construing her appellate brief liberally, Darby has failed to identify any error in the district court's disposition of her motion. *Yohey v. Collins*, 985 F.2d 222, 225 (5th Cir. 1993); *Brinkmann v. Dallas Cty. Deputy Sheriff Abner*, 813 F.2d 744, 748 (5th Cir. 1987).

AFFIRMED.